In the Matter of BRYDYN R., a Person Alleged to be a Juvenile Delinquent, Appellant. [8 NYS3d 911]—

Order of disposition, Family Court, Bronx County (Gayle P. Roberts, J.), entered on or about April 10, 2014, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the crime of assault in the third degree, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

Probation was the least restrictive alternative consistent with appellant's needs and the community's need for protection (see *Matter of Katherine W.*, 62 NY2d 947 [1984]). The court properly concluded that notwithstanding certain positive

strides, appellant was still in need of the supervision that would be provided by a year of probation, rather than six months' supervision under an adjournment in contemplation of dismissal, given the seriousness of the underlying assault, as well as appellant's continuing need for services. Concur— Friedman, J.P., Saxe, Manzanet-Daniels, Feinman and Gische, JJ.